**AFFIDAVIT OF SERVICE**

Index #: 07 CV 4049
Date Purchased: May 23, 2007
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
COUNTY _____

ATTORNEY(S): Allison D. Penn AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2725
ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.:

***UNITED STATES OF AMERICA,***
vs.
***FREDERICK HOLZER, et al.,***

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____ RALPH TRAUB _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  May 26, 2007  at  10:30 AM  at  335 EAST 51ST STREET APT #3D  NEW YORK, NY 10022 , deponent served the within

**Summons In A Civil Case, Complaint, Judge's Rules, and Electronic Case Filing Notice**

with Index Number  07 CV 4049 , and Date Purchased  May 23, 2007  endorsed thereon,

on: **TATJANA A. ZANKI**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to  "JOHN DOE" - CONCIERGE/DOORMAN  a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]  On  May 26, 2007 , deponent completed service under the last two sections by depositing a copy of the  ABOVE DOCUMENTS  to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the  24  day of  May, 2007  at  4:57 PM
on the  25  day of  May, 2007  at  1:36 PM
on the ___ day of _____ at _____
on the ___ day of _____ at _____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding  [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex  Male   Color of skin  White   Color of hair  Black/Gra   Age  36 - 50 Yrs.   Height  5' 9" - 6' 0"
Weight  Over 200 Lbs.   Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [X]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X]  "JOHN DOE" REFUSED NAME AND WOULD NOT ALLOW PROCESS SERVER ENTRY TO THE APARTMENT TO SERVE PAPERS. PERSON TO BE SERVED LIVES IN APT. 3D

Sworn to before me on this  29  day of  May, 2007

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

RALPH TRAUB
Server's Lic # 0792616
Invoice•Work Order # 0722424

*Capital Process Servers, Inc.  265 Post Avenue Suite 150, Westbury, NY 11590 - Tel 516-333-6380 • Fax 516-333-6382*