RAKOFF, S.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ALLISON D. PENN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2725
Fax: (212) 637-2702

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,             :

          Plaintiff,                  :  **NOTICE OF VOLUNTARY**
                                         **DISMISSAL**

                                      :  07 Civ. 4049 (JSR)

v.                                    :  Filed Electronically

FREDERICK HOLZER AND TATJANA A.       :
ZANKI AND JOHN DOES 1-10,

                                      :
          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Plaintiff the United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, hereby provides notice that it is dismissing this action against defendants Frederick Holzer, Tatjana A. Zanki and John Does 1-10, who have not served an answer or motion for summary judgment to date, from the above-captioned suit pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), which provides that an action "may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." This dismissal resolves the action in its entirety.

Dated: New York, New York
      August 2, 2007

                    MICHAEL J. GARCIA
                    United States Attorney

    By:  /s/
                    ALLISON D. PENN (AP-3787)
                    Assistant United States Attorney
                    Telephone: (212) 637-2725
                    Facsimile: (212) 637-2702

                    SO ORDERED:

                    _____
                              U.S.D.J.
                    8-3-07

2

## CERTIFICATE OF SERVICE

I, ALLISON D. PENN, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 2, 2007, I caused a copy of the foregoing Notice of Voluntary Dismissal to be served by Federal Express upon the following:

Frederick Holzer and Tatjana A. Zanki
335 East 51st Street, Apt. 3D
New York, N.Y. 10022

/s/
ALLISON D. PENN
Assistant United States Attorney

3